**No. 09-971. James Marshall, Petitioner v. Florida.**

559 U.S. 1069, 130 S. Ct. 2103, 176 L. Ed. 2d 724, 2010 U.S. LEXIS 3292.

April 19, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 15 So. 3d 811.